IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action Nos. 99–cv–00571–EWN–PAC and 00–cv–02063–EWN–PAC

AMAZON, INC.,

    Plaintiff and Counterclaim Defendant,

v.

CANNONDALE CORP. and
DIRT CAMP, INC.,

    Defendants and Counterclaim Plaintiffs.

---

# ORDER

---

This matter comes before the court on the "Motion to Withdraw Counterclaims" (#213) filed March 14, 2006. Upon review of the file, it is

**ORDERED** as follows:

1.     The "Motion to Withdraw Counterclaims" (#213) is GRANTED. The counterclaims are withdrawn.

2.     The clerk shall close Civil Action Nos. 99–cv–00571–EWN–PAC and 00–cv–02063–EWN–PAC, because all remaining claims have been withdrawn.

3.	The Final Pretrial Conference scheduled for March 22, 2006, is VACATED.

Dated this 14th day of March, 2006.

	BY THE COURT:

	s/ Edward W. Nottingham
	EDWARD W. NOTTINGHAM
	United States District Judge